IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DANIEL ELON BELL                                                                                           PLAINTIFF

v.                                             Case No. 2:13-CV-02201

CHRISTINA SCHERREY, Public Defender;
STEPHEN TABOR, Judge; and RAQUEL
SMITH, Court Administrator                                                                         DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations (Doc. 3) from United States Magistrate Judge Erin L. Setser. There have been no objections. Plaintiff did, however, file a motion (Doc. 6) for extension of time to amend his complaint. Plaintiff does not indicate what amendments he would like to make to his complaint, and the Court cannot imagine any amendment—short of asserting new claims—that would enable Plaintiff's complaint to survive dismissal. The Court therefore ORDERS that Plaintiff's motion (Doc. 6) for extension of time to amend his complaint is DENIED. If Plaintiff wishes to assert new or different claims he must file them in a new case.

After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety.

IT IS THEREFORE ORDERED that Plaintiff's application (Doc. 2) to proceed *in forma pauperis* is DENIED, and Plaintiff's Complaint is DISMISSED WITH PREJUDICE as it is frivolous, fails to state a claim upon which relief may be granted, and seeks relief from Defendants who are immune from such relief.

The Clerk is directed to place a § 1915(g) strike flag on the case.

Judgment will be entered accordingly.

IT IS SO ORDERED this 13th day of September, 2013.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE